IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER C. WATKINS,** | : | Civil No. 1:22-CV-37 |
| **Plaintiff** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **KILOLO KIJAKAZI,** **Acting Commissioner of Social Security** | : | |
| **Defendant** | : | |

## ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED as follows:

1. The final decision of the Commissioner denying this claim is VACATED, and pursuant to 42 U.S.C. §405(g) IT IS ORDERED that judgment is entered in favor of the plaintiff with directions that disability benefits be awarded to the plaintiff.

2. This case is REMANDED to the Commissioner solely for the purpose of determining the amount of the benefits owed in accordance with this decision, final judgment is entered in favor of the plaintiff and against the Commissioner of Social Security, and the clerk is directed to CLOSE this file.

So ordered this 21st day of February 2023.

                                                                                  <u>*S/Martin C. Carlson*</u>
                                                                                  Martin C. Carlson
                                                                                  United States Magistrate Judge